Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

*Attorneys for Plaintiff*
*Supernus Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUPERNUS PHARMACEUTICALS, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**ACTAVIS INC., ACTAVIS LABORATORIES FL, INC., ACTAVIS PHARMA, INC., WATSON LABORATORIES, INC., and ANDA, INC.,**<br><br>　　　　　**Defendants.** | Civil Action No. 15-8342 (RMB)(JS)<br><br>(Filed Electronically) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree that the above action, including all claims, counterclaims and affirmative defenses, are dismissed with prejudice, and without costs, disbursements or attorneys' fees to any party.

Dated: May 4, 2016

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6700
    Facsimile: (973) 286-6800
    clizza@saul.com
    wbaton@saul.com
    ssullivan@saul.com

    OF COUNSEL:
    Edgar H. Haug
    Nicholas F. Giove
    FROMMER LAWRENCE & HAUG LLP
    745 Fifth Avenue
    New York, New York 10151
    Telephone: (212) 588-0888
    Facsimile: (212) 588-0500
    ehaug@flhlaw.com
    ngiove@flhlaw.com

    *Attorneys for Plaintiff*
    *Supernus Pharmaceuticals, Inc.*

By: s/ Liza M. Walsh
    Liza M. Walsh
    CONNELL FOLEY LLP
    1085 Raymond Blvd., 19th Floor
    Newark, NJ 07102
    Telephone: (973) 757-1100
    Facsimile: (973) 757-1090
    lwalsh@connellfoley.com

    Charles Weiss
    HOLLAND & KNIGHT LLP
    31 West 52nd Street
    New York, NY 10019
    Telephone: 212-513-3551
    Facsimile: 212-385-9010
    charles.weiss@hklaw.com

    *Attorneys for Defendants*
    *Actavis Inc., Actavis Laboratories,*
    *FL, Inc., Actavis Pharma, Inc., Watson*
    *Laboratories, Inc., and ANDA, Inc.*